**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                  April 11 , 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

**SCHEDULING ORDER**
07CV2863(WP4)(LMS)

Jonathan Lovett
Lovett & Gould                                                                 A R 1   2007
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

The matter of   **ROMEO-V-ANDRUS**   has been scheduled for a conference

before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

June 6, 2007 at 10:00AM in Courtroom 420.

> **Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**
>
> **Please notify all other parties of this schedule**
>
> *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____