Index # 07 civ. 2863
Purchased/Filed: April 10, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |

Ralph Romeo and Kira Milo — Plaintiff

against

John E. Andrus Memorial, Inc.; et al — Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other: _____

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on April 13, 2007, at 12:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint on John E. Andrus Memorial, Inc., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section NOT-FOR-PROFIT CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

13th day of April, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice·Work Order # 0708283

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2863       AND FILED ON       4/10/2007

RALPH ROMEO, ET AL                                    Plaintiff(s)/Petitioner(s)

                              Vs.

JOHN E. ANDRUS MEMORIAL, INC., ET AL                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/24/2007 at 9:35AM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT
Party Served:    OLIVA MOHAMMED                    (herein called recipient) therein named.
At Location:     40 MORROW AVENUE, APT. 5DS
                 SCARSDALE NY 10583

☐ By affixing a true copy of each to the door of said premises, which is recipient's actual place of business
☑ dwelling house(usual place of abode) within the state.

On 4/24/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on   Friday, April 20, 2007      at  8:20PM
on   Saturday, April 21, 2007    at  6:35AM
on   Tuesday, April 24, 2007     at  9:35AM  **Spoke to defendant through the door. She stated she would not open the door or accept service.

Sworn to before me on the 4/24/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190