UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

RALPH ROMEO and KIRA MILO

                          Plaintiff,

JOHN E. ANDRUS MEMORIAL, INC. and
OLIVE MOHAMMED,

                         Defendants.
----------------------------------------------------------------x

Case No. 07 CIV. 2863
(WP4)(LMS)(MDF)(GAY)

STIPULATION +ORDER

      IT IS HEREBY STIPULATED AND AGREED that the time for Defendant Olive Mohammed to answer the complaint herein be and the same hereby is extended to and including June 8, 2007, and that this Stipulation may be "So Ordered" by the Court.

Dated: White Plains, New York
          May 8, 2007

LOVETT & GOULD, LLC
Attorneys for Plaintiff

By: _____
Jonathan N. Lovett, Esq. (JL-4854)
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401

SINGER NETTER DOWD & BERMAN
Attorneys for Defendant Olive Mohammed

By: _____
Edward M. Berman, Esq. (EB-5385)
50 Main Street, Suite 1000
White Plains, NY 10606-1900
(914) 682-2131

SO ORDERED:

_____
U.S.D.J.

Chief USMJ
05-10-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____