PECKAR & ABRAMSON, P.C.
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434
*Attorneys for Defendant John E. Andrus Memorial, Inc.*

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH ROMEO and KIRA MILO,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN E. ANDRUS MEMORIAL, INC., and OLIVE MOHAMMED, individually,<br><br>Defendants. | Docket No. 07 Civ. 2863 (UA)(LMS)<br><br>**Filed Electronically** |

### DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Defendant John E. Andrus Memorial, Inc., ("Andrus"), by their attorneys, Peckar & Abramson, P.C., for their Disclosure Statement Pursuant to F.R.C.P. 7.1 in the above-captioned action, state that their corporate or other parents, subsidiaries, and affiliates, securities or other interests in which are publicly held, are the following: None.

PECKAR & ABRAMSON, P.C.
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434
*Attorneys for John E. Andrus Memorial, Inc.,*

By: /s/ Jeffrey M. Daitz
JEFFREY M. DAITZ (JD-0223)

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

-2-

## DECLARATION OF SERVICE

This is to certify that on May 14, 2007, a copy of the Answer with Affirmative Defenses with the 7.1 Disclosure Statement, was served *via Federal Express* overnight mail delivery upon plaintiffs through their attorney at:

Jonathan Lovett, Esq.
Lovett & Gould, LLC
222 Bloomingdale Road
White Plains, NY 10605

*Jeffrey M. Daitz*
JEFFREY M. DAITZ, ESQ. (JD-0223)

Dated:   May 14, 2007

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

235230.01/05/14/07                    -2-