UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RALPH ROMEO and KIRA MILO,

                Plaintiffs,             07 Civ. 2863 (LMS)

    -against-

JOHN E. ANDRUS MEMORIAL, INC.        **ANSWER TO COUNTER-**
and OLIVE MOHAMMED, individually,       **CLAIM**

                Defendants.           **Jury Trial Demanded**

-------------------------------------------------------x

      Plaintiffs RALPH ROMEO and KIRA MILO, by their attorneys Lovett & Gould, LLP, for their answer to Defendant Olive's counterclaim respectfully state:

      1. Deny paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 35, 37, and 38.

      2. Repeat and reallege as if fully set forth with respect to paragraph 33, the answers to paragraphs "21" to "31", inclusive.

      3. Repeat and reallege as if fully set forth with respect to paragraph 36 the answers to paragraphs "21" to "35", inclusive.

1

WHEREFORE judgment is respectfully demanded dismissing in all respect the said counterclaims.

Dated: White Plains, N.Y.
      June 1, 2007

LOVETT & GOULD, LLP
By: _____
    Jonathan Lovett (4854)
Attorneys for Plaintiffs
222 Bloomingdale Road
White Plains, N.Y. 10605
914-428-8401
