**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

June 6, 2007

### SCHEDULING ORDER
07CV2863(CM)(LMS)

Jonathan Lovett
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

Jeffrey Michael Daitz
Peckar & Abramson, P.C.,(NJ)
70 Grand Avenue
River Edge, NJ 07661



Edward M Berman
Singer Netter Dowd & Berman
50 Main Street, Suite 1000
White Plains, NY 10606

The matter of **ROMEO-V-ANDRUS** has been scheduled for a conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on June 12, 2007 at 10:00AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED: /s/ Lisa Margaret Smith
_____
Hon. Lisa Margaret Smith
U.S.M.J.