Jordan K. Merson, Esq. (JM-7939)
PECKAR & ABRAMSON, P.C.
70 Grand Avenue
River Edge, New Jersey 07661
Tel: (201) 343-3434
Fax: (201) 343-6306
Email- jmerson@pecklaw.com
*Attorneys for Defendant John E. Andrus Memorial, Inc.*

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH ROMEO and KIRA MILO, <br><br>                    Plaintiffs, <br><br> vs. <br><br> JOHN E. ANDRUS MEMORIAL, INC., and OLIVE MOHAMMED, individually, <br><br>                    Defendants. | **Docket No. 07 Civ. 2863 (UA)(LMS)** <br><br> **NOTICE OF APPEARANCE** <br><br> **Filed Electronically** |

     **PLEASE TAKE NOTICE** that the undersigned appears on behalf of Defendant, John E. Andrus Memorial, Inc., in the above-captioned matter, and will serve with Jeffrey M. Daitz, Esq., of Peckar & Abramson, P.C.

Dated: June 20, 2006

                                               PECKAR & ABRAMSON, P.C.
                                               *Attorneys for Defendant,*
                                               *John E. Andrus Memorial, Inc.*

                                               Jordan K. Merson (JM-7939)

LAW OFFICES
Peckar & Abramson
A Professional Corporation

-2-

## DECLARATION OF SERVICE

I state upon penalty of perjury that on June 20, 2007, I served the attached Notice of Appearance upon plaintiffs and defendant Olive Mohammed by regular mail addressed to their respective counsel as follows:

Jonathan Lovett, Esq.
Lovett & Gould, LLC
222 Bloomingdale Road
White Plains, NY  10605


Edward M. Berman, Esq.
Singer, Netter, Dowd & Berman
50 Main Street, Suite 1000
White Plains, New York  10606-1900


DATED:  June 20, 2007

PECKAR & ABRAMSON, P.C.
*Attorneys for Defendant,*
*John E. Andrus Memorial, Inc.*

_____
Jordan K. Merson (JM-7939)

LAW OFFICES
Peckar & Abramson
A Professional Corporation

-2-

237873.1/06/20/07