UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RALPH ROMEO and KIRA MILO,

                        Plaintiffs,

       -against-

JOHN E. ANDRUS MEMORIAL, INC.
and OLIVE MOHAMMED, individually,

                        Defendants.

-------------------------------------------------------x

**07 Civ 2863 (LMS/MDF/GAY)**

**PLAINTIFF NOTICE OF
APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

      Please enter the appearance of Drita Nicaj, Esq. of the law firm of Lovett & Gould, LLP

on behalf of the Plaintiffs Ralph Romeo and Kira Milo in this action. This is for notice only.  Do

not remove Jonathan Lovett, Esq. as lead attorney.

Drita Nicaj (DN 0966)
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401
FAX: (914)) 428-8916
E-mail:  dnicaj@lovett-gould.com

Respectfully submitted.

LOVETT& GOULD, LLP
222 Bloomingdale Road. Suite 304
White Plains, New York 10605
(914) 428-8401

By:  _____ ...
       Drita Nicaj (DN 0966)

Dated:  August 22, 2007
       White Plains, New York 10605