UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RALPH ROMEO and KIRA MILO,

                        Plaintiffs,        07 Civ 2863 (LMS/MDF/GAY)

      -against-                    NOTICE OF MOTION TO
                                                  WITHDRAW AS
JOHN E. ANDRUS MEMORIAL, INC.        PLAINTIFFS' COUNSEL
and OLIVE MOHAMMED, individually,

                        Defendants.

------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the annexed affidavit of Drita Nicaj sworn to the 26th day of September, 2007 and upon the pleadings and prior proceedings had herein, the undersigned will move this Court at a term thereof to be held at the United States Courthouse, 300 Quarropas Street, White Plains, New York on October 26, 2007, at 9:30 in the morning or as soon thereafter as counsel can be heard, for an order permitting the Law Firm of Lovett & Gould, LLP to withdraw as counsel for Plaintiffs herein, and for such other further and different relief as to the Court may seem just and proper.

Dated: White Plains, New York
       September 26, 2007

                                                                    LOVETT & GOULD, LLP
                                                                    By: _____
                                                                    Drita Nicaj (DN 0966)
                                                                    Attorneys for Plaintiff
                                                                    222 Bloomingdale Road
                                                                    White Plains, N.Y. 10605
                                                                    914-428-8401