UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

RALPH ROMEO and KIRA MILO,

                          Plaintiffs,                  07 Civ 2863 (LMS/MDF/GAY)

    -against-                            NOTICE OF MOTION TO
                                               WITHDRAW AS
JOHN E. ANDRUS MEMORIAL, INC.        PLAINTIFFS' COUNSEL
and OLIVE MOHAMMED, individually,



                        Defendants.

------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the annexed affidavit of Drita Nicaj sworn to the 26th day of September, 2007 and upon the pleadings and prior proceedings had herein, the undersigned will move this Court at a term thereof to be held at the United States Courthouse, 300 Quarropas Street, White Plains, New York on October 26, 2007, at 9:30 in the morning or as soon thereafter as counsel can be heard, for an order permitting the Law Firm of Lovett & Gould, LLP to withdraw as counsel for Plaintiffs herein, and for such other further and different relief as to the Court may seem just and proper.

Dated: White Plains, New York
         September 26, 2007

                                              LOVETT & GOULD, LLP
                                              By: _____
                                              Drita Nicaj (DN 0966)
                                              Attorneys for Plaintiff
                                              222 Bloomingdale Road
                                              White Plains, N.Y. 10605
                                              914-428-8401

---

*[Handwritten notation:]* Motion to withdraw as counsel is granted. Discovery stayed pending appearance of counsel for plaintiffs. Conference rescheduled to 11/1/07 at 10:30am. Plaintiffs shall appear by counsel or prepare to proceed pro se. SO ORDERED [signature] USMJ    9/28/07