**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

November 2, 2007

**SCHEDULING NOTICE**
07CV2863(CLB)(LMS)

Ralph Romeo
11-12 149 Street
Whitestone, NY 11357

 

You failed to appear as scheduled on November 1, 2007. Due to your non-appearance, the matter of **ROMEO-V-ANDRUS MEMORIAL** has been **re- scheduled** for conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge, to Friday **December 7, 2007 at 9:30AM** .

**Your appearance is <u>mandatory</u>. Failure to appear is adverse to your interest and may result in the dismissal of your action.**

James Galvin
Courtroom Deputy
United States District Court

Docket in case # 07 cv 2863
As: RETURNED MAIL
Date: 12/7/07    LMS/USMJ